MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK CARLO | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| vs. | ) |
| | ) |
| BANK OF AMERICA, | ) |
| NATIONAL ASSOCIATION | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

**JURISDICTION**

1.   The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

**PRELIMINARY STATEMENT**

2.   The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA").

3.   Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant Bank of America, National Association, is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of Defendant.

6. Plaintiff has serially disputed Defendant's account.

7. Despite both Defendant's misreporting and Plaintiff's disputes, Defendant has failed to notate the account *as disputed* in violation of FCRA § 1681s-2(b)(1)(C), (D) and (E).

8. Plaintiff is a fraud victim.

9. On June 25, 2020 Plaintiff disputed Defendant's reporting (Exhibit 1).

10. Plaintiff explicitly advised Defendant he was betrayed by his deceased spouse (Exhibit 1).

11. Exhibit 1 reflects Plaintiff's summary of events leading to the serial frauds.

12. Plaintiff provided his former spouse's Death Certificate (Exhibit 1).

13. At the same time, Plaintiff likewise disputed a similarly fraudulent $6,800 AMEX account (Exhibit 1).

14. On July 5, 2020 AMEX contritely contacted Plaintiff (Exhibit 2).

15. In Exhibit 2 AMEX apologized agreeing to delete its $6,800 account.

16. The fraudulent AMEX account has, in fact, been deleted.

17. Citibank has also agreed to delete its fraudulent account.

18. On July 18, 2020 Defendant "verified" its fraudulent account (Exhibit 3).

19. As reflected in the Death Certificate, Rosemarie Carlo, 55, died of Metastatic Cancer September 2, 2019 (Exhibit 1).

20. Plaintiff's father, David Carlo, died from Pancreatic Cancer the following month.

21. Plaintiff's son, Michael, 30, is autistic, retarded and has cerebral palsy.

22. Michael requires full time care which is now exclusively provided by Plaintiff.

23. Subsequent to the death of both Rosemarie and David, Plaintiff and Michael went to Defendant's local branch to remove Rosemarie from Michael's SSI account.

24. Defendant then *coerced* Plaintiff into making a *$10,800 cash payment* that very same day.

25. The account is now fully paid despite the fraud.

26. Notwithstanding, Defendant fails to report its account as either *paid* or with a zero (0) balance (Exhibit 3).

27. Exhibit 3 reflects Defendant failed to notate its account as disputed.

28. Defendant's representatives threatened and otherwise intimidated Plaintiff into paying.

29. Defendant's representatives took full advantage of Plaintiff.

30. Defendant's representatives capitalized on Plaintiff's fears and vulnerability.

31. Defendant failed to reasonably reinvestigate Plaintiff's dispute.

32. On July 14, 2020 and October 15, 2020 Defendant again "verified" its fraudulent account (Exhibits 4 and 5).

33. Exhibits 4 and 5 reflect Defendant failed to notate its account as disputed.

34. Defendant's failure to note Plaintiff's dispute is in explicit violation of FCRA § 1681s-2(b)(1)(C), (D) and (E). Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1162-64 (9th Cir. 2009).

35. Plaintiff has no way of knowing, short of discovery, precisely how Plaintiff's dispute was conveyed to Defendant, *but is entitled to a presumption it did so.* Shulick v. Experian, 2011 WL 4346335 (E.D.Pa.), Fishback v. HSBC Retail Services Inc., 944 F.Supp.2d 1098, 1113 (D. New Mexico 2013).

36. In its indifference, Defendant ignored basic credit reporting industry standards. Cassara v. DAC Services, Inc., 276 F.3d 1210, 1225 (10th Cir. 2002).

37. In failing to correct Plaintiff's tradeline, Defendant continued to report *patently inaccurate* information in violation of the FCRA. Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

38. In failing to appropriately revise Plaintiff's tradeline, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

39. Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading. Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

40. Defendant violated FCRA § 1681s-2(b)(1)(E)(i) in its failure to provide additional information explicating the status of Plaintiff's account. Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347, 1351 (2015).

41. Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct. McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

**STATEMENT OF CLAIM AS AGAINST DEFENDANT**

42. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

///
///
///
///
///
///

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a)    actual damages;

    b)    punitive damages;

    c)    attorney's fees; and

    d)    costs.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

June 25, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:   **Carlo, Mark J. / Dispute**

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my Social Security Card and Driver License. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Mark J. Carlo; Spouse: Deceased; current address: ., Henderson, NV    .; SSN '     -4350; date of birth:      , 1961.

The noted AMEX, Citibank and BOA accounts are fraudulent. Please delete all three (3). They are the only negative accounts on my otherwise excellent credit report. My late wife, Rosemarie Carlo, established these accounts without my knowledge. I never once used any of these cards. Rosemarie, 55, died 9/2/19. I've attached a copy of her Death Certificate. Approx. two (2) weeks after Rosie's death her employer provided me a folder containing numerous credit card statements, invoices and other financial documents (which she'd obviously hid from me). The overwhelming difficulty in dealing with the death of my wife of thirty (30) years and the burden of solely caring for our surviving children was greatly compounded by this terrible fraud and betrayal. Please DO NOT verify any of these three (3) accounts without first obtaining an application reflecting my signature-none exists!

I note I have been in touch with Amex, Citibank and BOA. None of the three (3) had either my cell number nor email address on file.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Mark J. Carlo

Enclosures

**EXHIBIT 1**

PO Box 9701
Allen, TX 75013



0003108  02 MB 0.416  **AUTO  T8 0 7100 090044 4025761  -C02-F03111-1
Mark Carlo



Mark Carlo
Your Credit Report
Report # 4141-8136-53 for 04/24/20

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 833 210 4610, M - F 9am - 5pm in your time zone, or submit your dispute in writing by mailing to Experian, NCAC, P.O. Box 2002, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

- Current
- Account 30 days past due
- Account 60 days past due
- Account 90 days past due
- Account 120 days past due
- Account 150 days past due
- Account 180 days past due
- Creditor received deed
- Foreclosure proceedings started
- Foreclosed
- Voluntarily surrendered
- Repossession
- Paid by creditor
- Insurance claim
- Claim filed with government
- Defaulted on contract
- Collection
- Charge off
- CLS Closed
- ND No data for this time period

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

### Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

AMERICAN EXPRESS Partial Acct # 349902324093556 3 PO BOX 981537 EL PASO TX 79998 (800) 874-2717

Mark Carlo | Report # 4141-8136-53 for 04/24/20

### Account 1

| | |
|---|---|
| Date opened | Mar 2016 |
| Address ID # | 0811125275 |
| Type | Credit card |
| Responsibility | Individual |
| First reported | Apr 2016 |
| Terms | Not reported |
| Monthly payment | $193 |
| Credit limit or original amount | $6,400 |
| High balance | $7,266 |
| Recent balance | $6,794 as of Apr 2020 |
| Status | Closed. $609 past due as of Apr 2020. |
| Comment: | Account closed at credit grantor's request. This item was updated from our processing of your dispute in Apr 2020. |
| Date of Status | Apr 2020 |

Payment history (2020, 2019, 2018, 2017, 2016) — Jan–Dec

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 6,681 | 6,506 | 6,447 | 6,329 | 6,216 | 6,216 | 6,824 | 6,663 | 7,211 | 7,059 | 6,551 | 6,619 | 6,640 | 7,266 | 7,217 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 190 | 189 | 182 | 178 | 82 | 222 | 222 | 178 | 230 | 222 | 204 | 208 | 164 | 228 | 224 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 7,071 | 6,893 | 7,041 | 7,102 | 7,162 | 7,229 | 7,093 | 7,053 | 6925 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 212 | 161 | 209 | 213 | 216 | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Nov 2019 and Mar 2020, your credit limit/high balance was $6,400
Between Apr 2018 and Oct 2019, your credit limit/high balance was $7,000

### BANK OF AMERICA Partial Acct # 440066291605   PO BOX 982238 EL PASO TX 79998 (800) 421-2110

| | |
|---|---|
| Date opened | Jan 2006 |
| Address ID # | 0740587174 |
| Type | Credit card |
| Responsibility | Individual |
| First reported | Oct 2017 |
| Terms | Not reported |
| Monthly payment | Not reported |
| Credit limit or original amount | $11,300 |
| High balance | $11,368 |
| Recent balance | Not reported |
| Status | Paid, Closed. |
| Comment: | Account closed at credit grantor's request |
| Date of Status | Dec 2019 |

Payment history (2019, 2018, 2017) — Jan–Dec; Dec 2019 = CLS

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,006 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300

### CITI Partial Acct # 110039017365   PO BOX 6190 SIOUX FALLS SD 57117 (855) 378-6467

| | |
|---|---|
| Date opened | Dec 2009 |
| Address ID # | 0811125275 |
| Type | Credit Card |
| Responsibility | Individual |
| First reported | Sep 2016 |
| Terms | Not reported |
| Monthly payment | Not reported |
| Credit limit or original amount | $3,200 |
| High balance | $3,845 |
| Recent balance | $3,770 as of Apr 2020 |
| Status | Account charged off. $3,845 written off. $342 past due as of Apr 2020. This account is scheduled to continue on record until Apr 2025. |
| Comment: | Account closed at credit grantor's request. This item remained unchanged from our processing of your dispute in Apr 2020. |
| Date of Status | Jan 2019 |

Payment history (2020, 2019, 2018, 2017, 2016) — Jan–Dec

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,795 | 3,795 | 3,820 | 3,820 | 3,845 | 3,845 | 3,845 |
| DPR | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jun05 | Jun05 | Mar29 | Mar29 | Dec13 | Dec13 | Dec13 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,760 | 3,795 | 3,692 | 3,600 | 3,505 | 3,410 | 3,323 | 3,234 | 2,990 |
| DPR | Dec13 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 | Apr13 |

Mark Carlo | Report # 4141-8136-53 for 04/24/20

| SPA ($) | 681 | 735 | 619 | 531 | 435 | 332 | 245 | 111 | 109 |
|---|---|---|---|---|---|---|---|---|---|
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Apr 2018 and Mar 2020, your credit limit/high balance was $3,200

## Your accounts in good standing
These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

### AMERICAN EXPRESS Partial Acct # 349991319788846... PO BOX 981537 EL PASO TX 79998 (800) 874-2717

| | | | |
|---|---|---|---|
| Date opened<br>Dec 2009<br>Address ID #<br>0734232805<br>Type<br>Credit card | Responsibility<br>Individual<br>First reported<br>Jun 2011<br>Terms<br>Not reported | Monthly payment<br>Not reported<br>Credit limit or original amount<br>$3,200<br>High balance<br>$2,910 | Recent balance<br>$0 as of Jul 2016<br>Status<br>Closed/Never late.<br>This account is scheduled to continue on record until Jul 2026.<br>Comment:<br>Purchased by another lender.<br>Date of Status<br>Jul 2016 |

### KOHLS/CAPONE Partial Acct # 639305045437... PO BOX 3115 MILWAUKEE WI 53201 (800) 564-5740

| | | | |
|---|---|---|---|
| Date opened<br>Aug 2006<br>Address ID #<br>0740587174<br>Type<br>Charge Card | Responsibility<br>Individual<br>First reported<br>Aug 2006<br>Terms<br>Not reported | Monthly payment<br>Not reported<br>Credit limit or original amount<br>$500<br>High balance<br>$499 | Recent balance<br>Not reported<br>Status<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Mar 2026.<br>Date of Status<br>Mar 2016 |

### R.C. WILLEY HOME FURNISHINGS Partial Acct # 213202... 2301 S 300 W SALT LAKE CITY UT 84115 (801) 461-3940

| | | | |
|---|---|---|---|
| Date opened<br>Aug 2007<br>Address ID #<br>0720417998<br>Type<br>Charge Card | Responsibility<br>Joint with<br>CARLO ROSEMARIE<br>First reported<br>Sep 2007<br>Terms<br>Not reported | Monthly payment<br>$176<br>Credit limit or original amount<br>$3,500<br>High balance<br>$3,517 | Recent balance<br>$0 /paid as of Apr 2013<br>Status<br>Inactive/Never late.<br>This account is scheduled to continue on record until Apr 2023.<br>Date of Status<br>Apr 2013 |

### SYNCB/JCPENNEY Partial Acct # 600889396150... PO BOX 965007 ORLANDO FL 32896 (800) 542-0800

| | | | |
|---|---|---|---|
| Date opened<br>Sep 2005<br>Address ID #<br>0734232805<br>Type<br>Charge Card | Responsibility<br>Individual<br>First reported<br>Sep 2005<br>Terms<br>Not reported | Monthly payment<br>Not reported<br>Credit limit or original amount<br>$500<br>High balance<br>$602 | Recent balance<br>Not reported<br>Status<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Feb 2028.<br>Comment:<br>Account closed at credit grantor's request.<br>Date of Status<br>Feb 2018 |

### SYNCB/SAMS CLUB Partial Acct # 504599221588... PO BOX 965005 ORLANDO FL 32896 (800) 964-1917

| | | | |
|---|---|---|---|
| Date opened<br>Nov 2003<br>Address ID #<br>0740587174<br>Type<br>Charge Card | Responsibility<br>Individual<br>First reported<br>Oct 2003<br>Terms<br>Not reported | Monthly payment<br>Not reported<br>Credit limit or original amount<br>Not reported<br>High balance<br>$1,488 | Recent balance<br>Not reported<br>Status<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Jul 2025.<br>Date of Status<br>Jul 2015 |

### SYNCB/TJX COS Partial Acct # 604585201483... PO BOX 965015 ORLANDO FL 32896 (877) 890-3150




# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS
### CERTIFICATE OF DEATH

CASE FILE NO. 4101983

STATE FILE NUMBER: 2019017672

**TYPE OR PRINT IN PERMANENT BLACK INK**

**DECEDENT**
- 1a. DECEASED-NAME: Rosemarie Elizabeth CARLO
- 2. DATE OF DEATH: September 02, 2019
- 3a. COUNTY OF DEATH: Clark
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Las Vegas
- 3c. HOSPITAL OR OTHER INSTITUTION: Nathan Adelson Hospice
- 3d. IF Hosp or Inst indicate DOA, OP/Emer Rm, Inpatient: Hospice Facility (HFS)
- 4. SEX: Female
- 5. RACE: White
- 6. Hispanic Origin: No – Non-Hispanic
- 7a. AGE-Last birthday (Years): 55
- 8. DATE OF BIRTH: November 13, 1963
- 9a. STATE OF BIRTH: Ohio
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 16
- 11. MARITAL STATUS: Married
- 12. SURVIVING SPOUSE'S NAME: Mark CARLO
- 13. SOCIAL SECURITY NUMBER: X
- 14a. USUAL OCCUPATION: Paralegal
- 14b. KIND OF BUSINESS OR INDUSTRY: Law-City Planning
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Clark
- 15c. CITY, TOWN OR LOCATION: Las Vegas
- 15d. STREET AND NUMBER: X
- 15e. INSIDE CITY LIMITS: Yes

**PARENTS**
- 16. FATHER/PARENT - NAME: Anthony NARO
- 17. MOTHER/PARENT - NAME: Elizabeth GRESKO

- 18a. INFORMANT-NAME: Mark CARLO
- 18b. MAILING ADDRESS: X

**DISPOSITION**
- 19a. BURIAL, CREMATION, REMOVAL, OTHER: Cremation
- 19b. CEMETERY OR CREMATORY - NAME: La Paloma Funeral Services
- 19c. LOCATION: Las Vegas Nevada 89122
- 20a. FUNERAL DIRECTOR - SIGNATURE: RAYMOND L. GIDDENS Jr (SIGNATURE AUTHENTICATED)
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: FD923
- 20c. NAME AND ADDRESS OF FACILITY: Giddens Memorial Chapel, 3475 W Post Rd Las Vegas NV 89118

**TRADE CALL** - NAME AND ADDRESS

**CERTIFIER**
- 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature & Title): SIGNATURE AUTHENTICATED — KANG CHOI DO
- 21b. DATE SIGNED: September 08, 2019
- 21c. HOUR OF DEATH: 14:52
- 23a. NAME AND ADDRESS OF CERTIFIER: Kang Choi DO  2160 N Rainbow Las Vegas, NV 89108
- 23b. LICENSE NUMBER: DO2569

**REGISTRAR**
- 24a. REGISTRAR (Signature): NANCY BARRY  SIGNATURE AUTHENTICATED
- 24b. DATE RECEIVED BY REGISTRAR: September 09, 2019
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

**CAUSE OF DEATH**
- 25. IMMEDIATE CAUSE - PART I (a): Breast Cancer Metastatic To Bone And Liver

PART II OTHER SIGNIFICANT CONDITIONS:
- 26. AUTOPSY: No
- 27. WAS CASE REFERRED TO CORONER: No

**STATE REGISTRAR**

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

DATE ISSUED: SEP 19 2019

Registrar of Vital Statistics

SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702-759-1010 • Tax ID # 88-0151573

This Copy not valid unless prepared on engraved border, raised seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

American Express
Fraud Operations
P.O. Box 981541
El Paso, TX 79998



www.americanexpress.com

July 05, 2020

MB 01 005151 18768 E 18 A

Mark J Carlo

Account Ending In: 61006

Dear Mark J Carlo,

Thank you for bringing the fraudulent use of your identity to our attention. We have taken the necessary steps to close this account and remove any derogatory information regarding this American Express account from your credit report. No further action on your part is required.

Please note it may take up to 90 days for your credit information to be updated. If in the future you discover a credit reporting agency has not corrected your credit history, please provide the agency with a copy of this letter. In the meantime, you may show this letter to any potential creditor as verification of the accurate reporting of the account.

We apologize for any inconvenience and concern this situation has caused you. We take the fraudulent use of credit cards very seriously and sincerely hope we have resolved this case to your satisfaction.

If we may be of further assistance, please contact us at 1-800-678-0745 and ask for the Fraud Department.

Sincerely,

Global Fraud Protection Services

Dispute Reference Number: OUI8137

The Issuer of this Product is American Express National Bank.

**EXHIBIT 2**

3M39    IND    101Q    FROP    IM5427A    OUI8137    TRMUNFR20019001    N    N

PO Box 9701
Allen, TX 75013

0005165 01 SP 0.500 **SNGLP 115 1 7172    C01-P051704
MARK JOHN CARLO

HENDERSON NV



MARK JOHN CARLO

Dispute Results

Report # 2135-8064-76 for 07/18/20

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.**Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

AMEX 3499917197888463 Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

BANK OF AMERICA 440066291605.... Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

CITI 410039017365.... Outcome: Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Before dispute

EXHIBIT 3

0099376334

page 1 of 6

MARK JOHN CARLO | Report # 2135-8064-76 for 07/18/20

## BANK OF AMERICA Partial Acct # 440066291605 · PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| | |
|---|---|
| **Date opened** Jan 2006 | |
| **Address ID #** 0740587174 | |
| **Type** Credit card | |
| **Responsibility** Individual | |
| **First reported** Oct 2017 | |
| **Terms** Not reported | |
| **Monthly payment** Not reported | |
| **Credit limit or original amount** $11,300 | |
| **High balance** $11,368 | |
| **Recent balance** Not reported | |
| **Status** Paid, Closed. | |
| **Comment:** Account closed at credit grantor's request. This item remained unchanged from our processing of your dispute in Apr 2020. | |
| **Date of Status** Dec 2019 | |

**Payment history** — 2019, 2018, 2017 (CLS in Dec 2019)

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,096 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300.

**After dispute**

## BANK OF AMERICA Partial Acct # 440066291605 · PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| | |
|---|---|
| **Date opened** Jan 2006 | |
| **Address ID #** 0740587174 | |
| **Type** Credit card | |
| **Responsibility** Individual | |
| **First reported** Oct 2017 | |
| **Terms** Not reported | |
| **Monthly payment** Not reported | |
| **Credit limit or original amount** $11,300 | |
| **High balance** $11,368 | |
| **Recent balance** Not reported | |
| **Status** Closed. | |
| **Comment:** Account closed at credit grantor's request. This item was updated from our processing of your dispute in Jul 2020. | |
| **Date of Status** Dec 2019 | |

**Payment history** — 2019, 2018, 2017 (CLS in Dec 2019)

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,096 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300.

**Before dispute**

## CITI Partial Acct # 410039017365 · PO BOX 6190 SIOUX FALLS SD 57117 (855) 378 6467

| | |
|---|---|
| **Date opened** Dec 2009 | |
| **Address ID #** 0811125275 | |
| **Type** Credit Card | |
| **Responsibility** Individual | |
| **First reported** Sep 2016 | |
| **Terms** Not reported | |
| **Monthly payment** Not reported | |
| **Credit limit or original amount** $3,200 | |
| **High balance** $3,845 | |
| **Recent balance** $3,770 as of Jun 2020 | |
| **Status** Account charged off. $3,845 written off. $456 past due as of Jun 2020. | |
| **Comment:** This account is scheduled to continue on record until Apr 2025. Account closed at credit grantor's request. This item remained unchanged from our processing of your dispute in Apr 2020. | |
| **Date of Status** Jan 2019 | |

**Payment history** — 2020, 2019, 2018, 2017, 2016

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,795 | 3,795 | 3,820 | 3,820 | 3,845 |
| DPR | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jun05 | Jun05 | Mar29 | Mar29 | Dec13 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

MARK JOHN CARLO | Report # 2135-8064-76 for 07/18/20

|        | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|--------|-------|-------|-------|-------|-------|-------|-------|-------|
| AB ($) | 3,845 | 3,845 | 3,780 | 3,795 | 3,692 | 3,600 | 3,505 | 3,410 |
| DPR    | Dec13 | Dec13 | Dec13 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 |
| SPA ($)| ND    | ND    | 681   | 735   | 619   | 531   | 435   | 332   |
| AAP ($)| ND    | ND    | ND    | ND    | ND    | ND    | ND    | ND    |

Between Jul 2018 and May 2020, your credit limit/high balance was $3,200

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| | | | |
|---|---|---|---|
| Current | Account 150 days past due | Voluntarily surrendered | Defaulted on contract |
| Account 30 days past due | Account 180 days past due | Repossession | Collection |
| Account 60 days past due | Creditor received deed | Paid by creditor | Charge off |
| Account 90 days past due | Foreclosure proceedings started | Insurance claim | Closed |
| Account 120 days past due | Foreclosed | Claim filed with government | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

Credit items

BANK OF AMERICA Partial Acct # 440066291605    PO BOX 982238 EL PASO TX 79998 (800) 421-2110

MARK JOHN CARLO | Report # 2135-8064-76 for 07/18/20

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2006 | Oct 2017 | Not reported | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0740587174 | Not reported | Closed. | 2019 ... OK OK OK OK ... ... OK CLS |
| Type | Monthly payment | Comment: | 2018 ... ... OK OK OK ... ... ... ... ... ... ... |
| Credit card | Not reported | Account closed at credit grantor's request. | 2017 ... ... |
| Responsibility | Credit limit or original amount | This item was updated from our processing of your dispute in Jul 2020. | |
| Individual | $11,300 | Date of Status | |
| | High balance | Dec 2019 | |
| | $11,368 | | |



Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,096 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300

**CITI** Partial Acct # 410039017365   PO BOX 6190 SIOUX FALLS SD 57117 (855) 378 6467

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2009 | Sep 2016 | $3,770 as of Jul 2020 | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0811125275 | Not reported | Account charged off. | 2020 CO CO CO CO CO CO CO |
| Type | Monthly payment | $3,845 written off. $513 past due as of Jul 2020. | 2019 CO CO CO CO CO CO CO CO CO CO CO CO |
| Credit Card | Not reported | This account is scheduled to continue on record until Apr 2025. | 2018 OK OK OK OK OK OK ... ... ... ... ... ... |
| Responsibility | Credit limit or original amount | Comment: | 2017 Full Year In Good Standing |
| Individual | $3,200 | Account closed at credit grantor's request. This item remained unchanged from our processing of your dispute in Jul 2020. | 2016 OK OK OK OK |
| | High balance $3,845 | Date of Status Jan 2019 | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,795 | 3,795 | 3,820 | 3,820 |
| DPR | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jun05 | Jun05 | Mar29 | Mar29 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

|  | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,845 | 3,845 | 3,845 | 3,780 | 3,795 | 3,692 | 3,600 | 3,505 | 3,410 |
| DPR | Dec13 | Dec13 | Dec13 | Dec13 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 |
| SPA ($) | ND | ND | ND | 681 | 735 | 619 | 531 | 435 | 332 |

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**KOHLS/CAPONE** Partial Acct # 639305045437   PO BOX 3115 MILWAUKEE WI 53201 (800) 564 5740

```
*** 408625625-009 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805
```

07/14/2020


Information for Good.

PCG2VLC0202547-1033037-072187985

MARK JOHN CARLO

> The mailing address listed above has been modified based on the USPS National Change of Address database. It may not be part of your TransUnion credit report.

Dear MARK JOHN CARLO,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

P CG2VL-002 02547-1033037/0/14

EXHIBIT 4

File Number: 408625825
Date Issued: 07/14/2020
Page 5 of 6

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**BANK OF AMERICA #4400662916O5****** ( PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Past Due; Rating**. Here is how this account appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: 01/20/2006 | Balance: $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 12/24/2019 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 12/11/2019 | Date Closed: | 12/23/2017 |
| Loan Type: CREDIT CARD | High Balance: $11,368 | Date Paid: | 12/11/2019 |
| | Credit Limit: $11,300 | >Maximum Delinquency of 120 days in 09/2018 and in 04/2019< | |

**Remarks:** CLOSED BY CREDIT GRANTOR; CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 90 | 60 | OK | OK | OK | OK | 120 | 120 | 120 | 120 | 120 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 150 | 120 | 120 | 90 | 90 | 60 | OK | OK | OK | 30 | 60 | 60 |

| | 11/2017 | 10/2017 |
|---|---|---|
| Rating | 30 | OK |

```
*** 408625625-020 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805
```

10/15/2020


Information for Good.

PCY03L00300145-I002305-074985887

MARK JOHN CARLO

Dear MARK JOHN CARLO,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of Your Investigation Results.

P CY03L-003 00145-I002305 01/16

EXHIBIT 5

File Number: 408625625
Date Issued: 10/15/2020

Page 6 of 7

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

**BANK OF AMERICA #4400662916055****** ( PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**.
Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 01/20/2006 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 12/24/2019 | | |
| Account Type: | Revolving Account | Last Payment Made: | 12/11/2019 | Terms: | Paid Monthly |
| Loan Type: | CREDIT CARD | High Balance: | $11,366 | Date Closed: | 12/23/2017 |
| | | Credit Limit: | $11,300 | Date Paid: | 12/11/2019 |

>Maximum Delinquency of 120 days in 09/2018 and in 04/2019<

**Remarks:** CLOSED BY CREDIT GRANTOR; CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | 30 | OK | OK | OK | OK | 120 | 120 | 120 | 120 | 120 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | 30 | 60 | 60 |

| | 11/2017 | 10/2017 |
|---|---|---|
| Rating | 30 | OK |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■